No. 697, October Term, 1947.  ALKER ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, 334 U. S. 827.  Motion for leave to file a third petition for rehearing denied.

Nos. 103 and 104.  LOBAIDO *v.* MICHIGAN, *ante,* p. 829. Rehearing denied.

No. 123.  CARTER CARBURETOR CORP. *v.* KINGSLAND, COMMISSIONER OF PATENTS, *ante,* p. 819.  Rehearing denied.

No. 141.  BORAK *v.* UNITED STATES, *ante,* p. 821.  Rehearing denied.

No. 183.  REMINGTON RAND, INC. *v.* ROYAL TYPEWRITER CO., INC., *ante,* p. 825.  Rehearing denied.

No. 265.  NORTH AMERICAN CO. *v.* KOERNER, JUDGE, *ante,* p. 803.  Motion for leave to file petition for rehearing out of time under Rule 33 denied.  Motion for a stay of the mandate also denied.

No. 771, October Term, 1943.  TELFIAN *v.* UNITED STATES, 322 U. S. 737;

No. 1185, October Term, 1944.  TELFIAN *v.* SANFORD, WARDEN, 325 U. S. 869; and

No. 63, Misc., October Term, 1947.  TELFIAN *v.* SANFORD, WARDEN, 332 U. S. 781.  Motion for leave to file petition for rehearing denied.

No. 519, Misc., October Term, 1947.  HARRIS *v.* CITY OF NEW YORK, 334 U. S. 836.  Second petition for rehearing denied.

No. 42, Misc.  EATON *v.* RAGEN, WARDEN, *ante,* p. 832. Rehearing denied.